FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0586

_____

STEVE BARRETT, ROBERT KNIGHT;
MONTANA FEDERATION OF PUBLIC
EMPLOYEES; DR. LAWRENCE PETTIT;
MONTANA UNIVERSITY SYSTEM FACULTY
ASSOCIATION REPRESENTATIVES;
FACULTY SENATE OF MONTANA STATE
UNIVERSITY, DR. JOY C. HONEA; DR.
ANNJEANETTE BELCOURT; DR. FRANKE
WILMER; MONTANA PUBLIC INTEREST
RESEARCH GROUP; ASHLEY PHELAN;
JOSEPH KNAPPENBERGER; and MAE NAN
ELLINGSON,

        Plaintiffs, Appellees,
        and Cross-Appellants.

    v.

STATE OF MONTANA, GREG GIANFORTE;
and AUSTIN KNUDSEN,

        Defendants and Appellants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2023